UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY HART, | No. C 09-2450 SI (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| FRANCISCO JACQUEZ, | |
| Respondent. | |

The petition for writ of habeas corpus is denied. Judgment is hereby entered in favor of respondent.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: May 28, 2010

SUSAN ILLSTON
United States District Judge